```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EASTERN APPROACH REHABILITATION,    :
LLC, et al.,                        :
                                    :
        Plaintiffs,                 :    CIVIL ACTION
                                    :
    v.                              :
                                    :    NO. 16-cv-1374
STATE FARM MUTUAL AUTOMOBILE        :
INSURANCE COMPANY, et al.,          :
                                    :
                                    :
        Defendants.                 :
```

**<u>ORDER</u>**

AND NOW, this  31st  day of May, 2016, upon consideration of Plaintiffs' Motion to Remand (Doc. No. 3), Defendants' Response in Opposition thereto (Doc. No. 7), Plaintiffs' Reply in Further Support thereof (Doc. No. 8), and Defendants' Sur-reply is Further Opposition thereto (Doc. No. 9), and Defendants' Motion to Dismiss Count II of Plaintiffs' Complaint (Doc. No. 4) and Plaintiffs' Response in Opposition thereto (Doc. No. 6), it is hereby ORDERED that the Motion to Remand is DENIED and the Motion to Dismiss Count II is GRANTED for the reasons discussed in the accompanying memorandum.

                                BY THE COURT:

                                <u>s/J. Curtis Joyner</u>
                                J. CURTIS JOYNER, J.