```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STATE FARM MUT. AUTO. INS. CO.,     :
ET AL.,                             :
                                    :
        Plaintiffs,                 :    CIVIL ACTION
                                    :
   v.                               :
                                    :    NO. 15-cv-5929
LEONARD STAVROPOLSKIY, ET AL.,      :
                                    :
                                    :
        Defendants.                 :


EASTERN APPROACH REHABILITATION,    :
LLC, ET AL.,                        :
                                    :
        Plaintiffs,                 :    CIVIL ACTION
                                    :
   v.                               :
                                    :    NO. 16-cv-1374
STATE FARM MUT. AUTO. INS. CO.,     :
ET AL.,                             :
                                    :
                                    :
        Defendants.                 :
```

**ORDER**

AND NOW, this 24th day of April, 2017, upon consideration of Defendants' Motion to Compel Answers to Interrogatories and Requests for Production (Doc. No. 47) and Plaintiffs' First Motion to Compel Discovery (Doc. No. 48), and the responses and replies to each, it is hereby ORDERED that the Motions are GRANTED in part and

1

DENIED in part, as outlined in the attached Memorandum.

                                      BY THE COURT:

                                      <u>s/J. Curtis Joyner</u>
                                      J. CURTIS JOYNER,    J.